UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| GARY PANTON,<br><br>              Plaintiff,<br><br>  vs.<br><br>CROSSCOUNTRY COURIER, d/b/a CROSSCOUNTRY FREIGHT SOLUTIONS,<br><br>              Defendant. | CIV. 19-5078-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' stipulation for dismissal (Docket 27), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed on its merits with prejudice and without costs or further notice to any party.

IT IS FURTHER ORDERED that this court retains jurisdiction over the settlement agreement should issues arise relating to the carrying out or fulfillment of the settlement agreement.

    Dated March 30, 2021.

                      BY THE COURT:

                      /s/ *Jeffrey L. Viken*
                      JEFFREY L. VIKEN
                      UNITED STATES DISTRICT JUDGE